400 A.2d 619

Kohn v. Kohn, Appellant.

Argued December 5, 1978.  Albert Momjian, for appellant;  Jerome L. Markovitz, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.

400 A.2d 620

Kolar v. Gallagher et ux., Appellants.

Argued December 4, 1978.  Frank Bognet, for appellant;  Henry A. Giuliani, for appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.